James L. Buchal, OSB No. 921618
MURPHY & BUCHAL LLP
3425 SE Yamhill Street, Suite 100
Portland, OR  97214
Tel:    503-227-1011
Fax:    503-573-1939
E-mail:  jbuchal@mbllp.com
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| OPEN OUR OREGON, DA CIELO LLC, THE MOUNT HOOD MIXER SHOP, INC., UNDER THE SKIN TATTOO LLC, BRYANT LLC, KUEBLER'S FURNITURE, INC., KATHY SALDANA, as an individual; MICHELE KARPONTINIS, as an individual; and DAVID PARSON, as an individual, <br><br> Plaintiffs, <br><br> v. <br><br> KATE BROWN, in her official capacity as the Governor of the State of Oregon, LILLIAN SHIRLEY, in her official capacity as Public Health Director of the State of Oregon, <br><br> Defendants. | No. <br><br> **DECLARATION OF LOREN AYLES** |

Loren Ayles declares:

1.      I am the President of Open Our Oregon, an Oregon nonprofit formed on

May 5, 2020 to educate and defend Oregon small businesses' and working Oregonians'

civil rights to open businesses an allow Oregonians to get back to work.  I make this

Page 1: DECLARATION OF LOREN AYLES

Declaration in support of plaintiffs' motion for injunctive relief against the Governor's Executive Orders restricting Oregon business on account of the COVID-19 disease

2.      Open Our Oregon believes the executive orders, issued by Oregon's governor Kate Brown, as a matter of a "Declaration of Emergency", are extremely detrimental to the Oregon businesses, economically disastrous, and most importantly are not legal under U.S. and OR. State Constitutions.  We believe the Governor of Oregon has grossly exceeded her legal authority in response to the COVID-19 pandemic. Governor Brown's actions have severely impacted small businesses across the state of Oregon, and as a result several have forced to close permanently.

3.      Open Our Oregon is fighting to get Oregon small businesses their rights restored to be open and the let all Oregonians regain their rights to earn a living.

I certify under penalty of perjury that the foregoing is true and correct.

DATED:  May 8, 2020.


/s/ Loren Ayles


I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

/s/ James L. Buchal


Page 2: DECLARATION OF LOREN AYLES