James L. Buchal, OSB No. 921618
MURPHY & BUCHAL LLP
3425 SE Yamhill Street, Suite 100
Portland, OR  97214
Tel:    503-227-1011
Fax:    503-573-1939
E-mail:  jbuchal@mbllp.com
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| OPEN OUR OREGON, DA CIELO LLC, THE MOUNT HOOD MIXER SHOP, INC., UNDER THE SKIN TATTOO LLC, BRYANT LLC, KUEBLER'S FURNITURE, INC., KATHY SALDANA, as an individual; MICHELE KARPONTINIS, as an individual; and DAVID PARSON, as an individual,<br><br>Plaintiffs,<br><br>v.<br><br>KATE BROWN, in her official capacity as the Governor of the State of Oregon, LILLIAN SHIRLEY, in her official capacity as Public Health Director of the State of Oregon,<br><br>Defendants. | No.<br><br>**DECLARATION OF ALAN KUEBLER** |

Alan Kuebler declares:

    1.    My family and I own Kuebler's Furniture, Inc., a corporation which operated the Kuebler's Furniture store in Salem until it was closed by order of the Governor.  I make this Declaration in support of plaintiffs' motion for injunctive relief

Page 1: DECLARATION OF ALAN KUEBLER

against the Governor's Executive Orders restricting Oregon business on account of the COVID-19 disease.

      2.      The Governor's Order shut us down on or about March 23, 2020; we had been operating in Salem since 1995.  The closing of the store has been devastating, immediately bringing all revenues to a stop.  We had eleven employees, all of whom are now laid off.

      3.      There was no advance notice of the shutdown and no opportunity to appeal.

      4.      With prompt injunctive relief, we would get the business started again.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on May 11, 2020.

/s/ Alan Kuebler

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

/s/ James L. Buchal

Page 2: DECLARATION OF ALAN KUEBLER